UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 11 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES, | No. 08-15163 |
| Plaintiff - Appellant, | D.C. No. CV-07-06084-MJJ |
| v. | Northern District of California, San Francisco |
| MASTERCARD INTERNATIONAL INC.; et al., | ORDER |
| Defendants - Appellees. | |

**FILED**
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

Joseph Williams
Deputy Clerk
Local Rule 27-7

S:\PROSE\clerkords\2008\2-08\08-15163.wpd