UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 22 2008
MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES, <br><br> Appellant, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INC. and ROBERT J. SELANDER, <br><br> Appellees. | No. 08-15163 <br><br> D.C. No. CV-07-06084-MJJ <br><br><br> **ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk