**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

April 29, 2008

CASE NUMBER:   **CV 07-06084 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- MASTERCARD INTERNATIONAL**
DATE MANDATE FILED:  4/25/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed in the above captioned case.

                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk


                                        by: *Sheila Rash*
                                        Case Systems Administrator

Distribution:   CIVIL         -    Counsel of Record

                CRIMINAL      -    Counsel of Record
                                   U.S. Marshal (Copy of Mandate)
                                   U.S. Probation Office


NDC App-16